ORIGINAL

FILED
FEB 25 2008
U.S. COURT OF FEDERAL CLAIMS

**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| **FEDERAL AIR MARSHALS 1806 to 1833, on behalf of themselves and all others similarly situated,** | ) | |
| **Plaintiffs,** | ) | |
| **v.** | ) | **08-105 C** |
| **UNITED STATES,** | ) | |
| **Defendant.** | ) | |

**NOTICE OF RELATED CASE**

Plaintiffs have filed this lawsuit alleging that they are or have been employed as Federal Air Marshals (FAM) and claim that they have been denied compensation for overtime work, in violation of the Fair Labor Standards Act (FLSA). A case making identical claims and allegations, entitled Federal Air Marshals 1 though 1805, has been filed by the same undersigned counsel. That case number is 06-233C and is presently before Judge Futey.

Respectfully submitted,

February 20, 2008

Stephen G. Seliger
155 North Michigan Avenue
Chicago, Illinois 60601
(312) 616-4244
(312) 565-7289 (telefax)

Of Counsel:

Joel M. Hellman
155 North Michigan Avenue
Chicago, Illinois 60601
(312) 616-3436
(312) 565-7289 (telefax)

James G. Bradkte
Soule, Bradtke & Lambert
155 North Michigan Avenue
Chicago, Illinois 60601
(312) 616-4422
(312) 616-4423 (telefax)