# In the United States Court of Federal Claims

**No. 08-105C**

**(Filed February 25, 2008)**

| | |
|---|---|
| * * * * * * * * * * * * * * * * * * * * * * * * * * * | |
| **FEDERAL AIR MARSHALS(FAM)** | * |
| **FAM 1806 to 1833,** | * |
| | * |
| **Plaintiffs,** | * |
| | * |
| **v.** | * |
| | * |
| **THE UNITED STATES,** | * |
| | * |
| **Defendant.** | * |
| * * * * * * * * * * * * * * * * * * * * * * * * * * * | |

**ORDER**

The Motion To File Notices Of Consent Under Seal, filed on February 25, 2008, is hereby ALLOWED. Plaintiffs shall be permitted to file original consents of FAMs 1,806 through 1833 under seal.

IT IS SO ORDERED.

**s/Bohdan A. Futey**
**BOHDAN A. FUTEY**
**Judge**