IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| FEDERAL AIR MARSHALS (FAM) 1,806, ET AL., | ) | |
| Plaintiffs, | ) | No. 08-105C |
| v. | ) | (Judge Futey) |
| THE UNITED STATES, | ) | |
| Defendant. | ) | |

DEFENDANT'S CONSENT MOTION TO STAY PROCEEDINGS

Defendant, the United States, respectfully requests that the Court stay further proceedings in this case, except for the filing of notices of consent of parties who may wish to join this action, pending the Court's resolution of cross-motions for summary judgment filed in the related case, Federal Air Marshals v. United States, No. 06-233C (Fed. Cl.). The issues in that case and this are identical, counsel for the parties are the same, and the outcome of the two cases is, also, likely to be the same. The stay would conserve the resources of the parties and the Court, while allowing parties who may wish to join this case to preserve their claims.

Counsel for plaintiffs has represented to counsel for defendant that plaintiffs consent to this request, with the express reservation of the right to seek to have the stay lifted or modified for reasons that may arise or appear in the future. For the foregoing reasons, the United States respectfully requests that the Court stay further proceedings in this case, except for the filing of notices of consent of parties who may

wish to join this action, pending the resolution cross-motions for summary judgment filed in Case No. 06-233C.

Respectfully submitted,

JEFFREY S. BUCHOLTZ
Acting Assistant Attorney General

JEANNE E. DAVIDSON
Director

s/Bryant G. Snee
by s/Brian M. Simkin
BRYANT G. SNEE
Deputy Director

s/Timothy P. McIlmail
TIMOTHY P. MCILMAIL
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
8th Floor
1100 L Street, N.W.
Washington, D.C. 20530
Telephone: (202) 616-0342
Facsimile: (202) 514-7965

OF COUNSEL:
JANESSA GRADY FLEMING
Senior Counsel, Litigation
Office of the Chief Counsel
Transportation Security
Administration
Arlington, VA

April 15, 2008

Attorneys for Defendant

CERTIFICATE OF FILING

I hereby certify that on April 15, 2008, a copy of the foregoing Defendant's Consent Motion to Stay Proceedings was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/Timothy P. McIlmail