# In the United States Court of Federal Claims

**No. 08-105C**

**(Filed April 23, 2008)**

* * * * * * * * * * * * * * * * * * * * * * * * * * * *
**FEDERAL AIR MARSHALS (FAM) FAM 1806 et al.,** *

**Plaintiffs,** *

**v.** *

**THE UNITED STATES,** *

**Defendant.** *
* * * * * * * * * * * * * * * * * * * * * * * * * * * *

**ORDER**

Plaintiffs' Motion To File Notices Of Consent Under Seal, filed on April 11, 2008, is hereby ALLOWED. Plaintiffs shall be permitted to file the consents of FAMs 1,834 through 1,850 under seal.

Defendant's Consent Motion To Stay Proceedings, filed on April 15, 2008, is hereby ALLOWED. This case shall be STAYED, except for the filing of notice of consent of parties who may wish to join this action, pending the resolution cross-motions for summary judgment filed in Case No. 06-233C, and plaintiffs' express reservation of the right to seek to have the stay lifted or modified for reasons that may arise or appear in the future.

IT IS SO ORDERED.

**s/Bohdan A. Futey**
**BOHDAN A. FUTEY**
**Judge**