**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| **FEDERAL AIR MARSHALS 1806, et al.,** | ) | |
| **Plaintiffs,** | ) | |
| | ) | **No. 08-105C** |
| **v.** | ) | |
| | ) | **Judge Futey** |
| **UNITED STATES,** | ) | |
| **Defendant.** | ) | |

**MOTION TO FILE NOTICES OF CONSENT UNDER SEAL**

Plaintiffs, by their undersigned counsel, move the Court to allow them to file Notices of Consent for FAMs 1851 to 1857 under seal in order to preserve the confidentiality of these plaintiffs. Plaintiffs' counsel are sending such sealed Consents in hard-copy form to the Clerk of the Court and to opposing counsel.

WHEREFORE, plaintiffs respectfully request that they be permitted to file the attached consents of FAMs 1851 through 1857 under seal.

Respectfully submitted,

/s/ Stephen G.Seliger

June 7, 2007

Stephen G. Seliger
155 North Michigan Avenue, Suite 501
Chicago, Illinois 60601
(312) 616-4244
(312) 565-7289 (telefax)

Of Counsel:
Joel M. Hellman
155 North Michigan Avenue
Chicago, Illinois 60601
(312) 616-3436
(312) 565-7289 (telefax)

James G. Bradkte
Soule, Bradtke & Lambert
155 North Michigan Avenue
Chicago, Illinois 60601
(312) 616-4422