# In the United States Court of Federal Claims

**No. 08-105C**

**(Filed August 11, 2008)**

* * * * * * * * * * * * * * * * * * * * * * * * * * *
**FEDERAL AIR MARSHALS (FAM)** *
**FAM 1806 et al.,** *
*
**Plaintiffs,** *
*
**v.** *
*
**THE UNITED STATES,** *
*
**Defendant.** *
* * * * * * * * * * * * * * * * * * * * * * * * * * *

**ORDER**

Plaintiffs' Motion To File Notices Of Consent Under Seal, filed on August 8, 2008, is hereby ALLOWED. Plaintiffs shall be permitted to file the consents of FAMs 1,858 through 1,864 under seal.

IT IS SO ORDERED.

**s/Bohdan A. Futey**
**BOHDAN A. FUTEY**
**Judge**